**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 720 MAL 2014
:
               Respondent        :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v.              :
:
:
:
LAMAR METTS,             :
:
               Petitioner       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.